IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| JOHNNY McCOWAN,<br>　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>　**Commissioner of Social Security**,<br>　　Defendant. | Civil Action No. 2:10cv00037<br><br>**ORDER**<br><br>By: JAMES P. JONES<br>UNITED STATES DISTRICT JUDGE |

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JAN - 6 2014

JULIA C. DUDLEY, CLERK
BY: /s/
　DEPUTY CLERK

It appearing that no objections have been timely filed to the Report filed December 17, 2013, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**; and

2. Attorneys' fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $3,638.75.

ENTER: _January 6_ 2014.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　United States District Judge